| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>ROBERTS, RICHARD W. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, D.D.C. | 3. Date of Report<br><br>06/21/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U.S. DISTRICT COURT<br>333 CONSTITUTION AVE. NW<br>WASHINGTON, DC 20001 | | |
| ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Power of Attorney | Individual #1 |
| 2. Director | Council for Court Excellence |
| 3. Director | Abramson Scholarship Foundation |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, RICHARD W.** | 06/21/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | HARVARD LAW SCHOOL | JAN 10-14, SEP 26-29 | CAMBRIDGE, MA | GUEST FACULTY | TRANSPORTATION, SOME MEALS. OTHER MEALS AND LODGING PROVIDED |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Ronald Sullivan | Ticket to NBA game | $550.00 |
| 2. | William Martin | Two WBA banquet tickets | $350.00 |
| 3. | Jeffrey Puretz | Two National Theater tickets | $500.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 06/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JUSTICE FEDERAL CREDIT UNION | B | Interest | N | T | | | | | |
| 2. CITIBANK ACCOUNTS | C | Interest | N | T | | | | | |
| 3. DELHAZE AMERICA COMMON STOCK | A | Dividend | J | T | | | | | |
| 4. SMALL CLAIMS JUDGMENT AGAINST JOHN BOWEN | | None | J | T | | | | | |
| 5.          401(K) (FIDELITY): | | | | | | | | | |
| 6. - NTGI S&P500 | | None | L | T | | | | | |
| 7. - NT Russell 2000 | | None | K | T | | | | | |
| 8. - NTGI SH Term Investment | A | Dividend | L | T | Buy | 4/14/11 | K | | |
| 9.      Stock | | None | J | T | | | | | |
| 10. - Harbor Mid Cap Growth | | None | K | T | | | | | |
| 11. - GMO Global Eq Allocation | | None | K | T | | | | | |
| 12. - Large Cap Stock | | None | J | T | Sold | 4/14/11 | K | B | |
| 13. - PIMCO SEP MGD Account | | None | K | T | | | | | |
| 14. FEDERATED CAPITAL RESERVES | | None | J | T | | | | | |
| 15. NUVEEN MULTI-STRATEGY + INC. | A | Dividend | J | T | | | | | |
| 16.      EMPLOYEE STOCK OPTIONS | | None | J | T | | 2/23/11 | J | | |
| 17.           STOCK & RESTRICTED STOCK | | None | M | T | | 2/11/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 06/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WELLS FARGO ESTATE #2 ACCOUNT | | None | J | T | | | | | |
| 19. WELLS FARGO ACCOUNTS #3 | A | Interest | L | T | | | | | |
| 20. CAPITAL WORLD GR+INC. FUND (JL) | A | Dividend | J | T | | | | | |
| 21. WASHINGTON MUT. INVR. FND (JL) | A | Dividend | J | T | | | | | |
| 22. EUROPACIFIC GR. FUND (JL) | A | Dividend | J | T | | | | | |
| 23. EUROPACIFIC GROWTH FUND (RJ IRA) | A | Dividend | K | T | | | | | |
| 24. FIDELITY ADVISOR NEW INSIGHTS (RJ IRA) | A | Dividend | L | T | Sold (part) | 4/5/11 | J | C | |
| 25. FRANKLIN STRATEGIC INCOME (RJ IRA) | A | Dividend | K | T | Sold | 4/5/11 | K | D | |
| 26. SHARES BARCLAYS TIP (RJ IRA) | B | Dividend | L | T | | | | | |
| 27. SHARES BARCLAYS 1-3 YEAR TREASURY (RJ IRA) | A | Dividend | K | T | | | | | |
| 28. SHARES MSCI EAFE (RJ IRA) | A | Dividend | K | T | | | | | |
| 29. JP MORGAN VALUE ADVANTAGE (RJ IRA) | A | Dividend | L | T | Sold (part) | 4/1/11 | J | C | |
| 30. VANGUARD TOTAL STOCK MARKET | B | Dividend | M | T | | | | | |
| 31. ▨ STOCK (RJ) | | None | K | T | | | | | |
| 32. CASH ACCOUNT (RJ IRA) | A | Interest | K | T | | | | | |
| 33. CASH ACCOUNT (RJ) | A | Interest | J | T | | | | | |
| 34. US TREASURY STRIP (RJ IRA) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 06/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIDELITY MUNICIPAL INCOME FD (RJ) | B | Dividend | K | T | Sold (part) | 4/4/11 | K | A | |
| 36. CENTURY LINK STOCK (RJ) | B | Dividend | K | T | | | | | |
| 37. ALLY BANK | C | Int./Div. | L | T | | | | | |
| 38. DISCOVER BANK | B | Interest | L | T | | | | | |
| 39. THE GROWTH FUND OF AMERICA -529A, -654 | A | Dividend | | | Sold | 1/11/11 | J | A | |
| 40. NEW PERSPECTIVE -529A, -654 | A | Dividend | | | Sold | 1/11/11 | J | A | |
| 41. THE BOND FUND OF AMERICA -529A, -654 | A | Dividend | J | T | | | | | |
| 42. U.S. GOVERNMENT SECURITIES -529A, -654 | A | Dividend | J | T | | | | | |
| 43. AMERICAN FUND MONEY MARKET -529A, -654 | A | Dividend | J | T | | | | | |
| 44. THE GROWTH FUND OF AMERICA -529A, -651 | A | Dividend | J | T | | | | | |
| 45. NEW PERSPECTIVE -529A, -061 | A | Dividend | J | T | | | | | |
| 46. WASHINGTON MUTUAL INVESTORS -529A, -061 | A | Dividend | J | T | | | | | |
| 47. THE BOND FUND OF AMERICA -529A, -061 | A | Dividend | K | T | | | | | |
| 48. U.S. GOVERNMENT SECURITIES -529A, -061 | A | Dividend | K | T | | | | | |
| 49. #AMERICAN FUND MONEY MARKET -529A, -061 | A | Dividend | J | T | Sold (part) | 12/19/11 | J | A | |
| 50. BLACKROCK GLOBAL ALLOCATION (RJ IRA) | A | Dividend | K | T | | | | | |
| 51. #FIDELITY ADVISOR FLOATING RATE (RJ IRA) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 06/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Morrisine Tynes Irving loan | | None | J | T | | | | | |
| 53. Shares 0-5 TIPS (RJ IRA) (X) | A | Dividend | K | T | Buy | 4/5/11 | K | | |
| 54. JPMorgan Strategic Income (RJ IRA) (X) | B | Dividend | K | T | Buy | 4/1/11 | K | | |
| 55. Fidelity Advisor Intermediate Muni (RJ) (X) | B | Dividend | K | T | Buy | 4/4/11 | K | | |
| 56. John Hancock Global Shareholder (RJ) (X) | A | Dividend | K | T | Buy | 12/2/11 | K | | |
| 57. Thornburg Investment Income Builder (X) | A | Dividend | | | Buy | 4/4/11 | J | | |
| 58. | | | | | Buy | 5/4/11 | J | | |
| 59. | | | | | Buy | 6/6/11 | J | | |
| 60. | | | | | Buy | 7/7/11 | J | | |
| 61. | | | | | Buy | 8/4/11 | J | | |
| 62. | | | | | Sold | 12/1/11 | K | A | |
| 63. JUSTICE FCU POA ACCOUNT | B | Interest | N | T | | | | | |
| 64. CITIBANK POA ACCOUNTS | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, RICHARD W.** | 06/21/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. 1.  BECAME POA 6/10/11

I. 2-3.  BECAME DIRECTOR OF COUNCIL FOR COURT EXCELLENCE ON 6/12/08 AND DIRECTOR OF ABRAMSON SCHOLARSHIP FOUNDATION 7/1/09 BUT MISTAKENLY OMITTED FROM EARLIER REPORTS.

VII. 5-13.  ASSETS LISTED BECAUSE            CAN SELECT THEM.

VII. 16-17.  BOX D(1) SHOULD BE FILLED WITH THE WORD "GRANT."

VII. 18-19.  WACHOVIA WAS ACQUIRED BY WELLS FARGO

VII. 52.  LOAN EXTENDED 11/27/10, VALUE CODE A. NO INCOME RECEIVED DURING 2010 REPORTING PERIOD.  MISTAKENLY OMITTED FROM 2010 REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RICHARD W. ROBERTS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544